# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 20-00251-AS | Date | March 26, 2020 |
|---|---|---|---|
| Title | Jovany Rodrigo Rangel v. W.L. Montgomery, Warden | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner | Attorneys Present for Respondent: |
| N/A | N/A |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On January 9, 2020, Jovany Rodrigo Rangel ("Petitioner") filed a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Petition") (Docket Entry No. 1).

On February 11, 2020, Respondent filed a Motion to Dismiss the Petition ("Motion to Dismiss"), contending the Petition is time barred. (Docket Entry No. 8) .

On February 11, 2020, the Court issued an Order directing Petitioner to file, by no later than March 12, 2020, either an Opposition to the Motion to Dismiss, or a Statement of Opposition to the Motion to Dismiss. (Docket Entry No. 11).

To date, Petitioner has failed to file either an Opposition to the Motion to Dismiss or a Statement of Opposition to the Motion to Dismiss.

Therefore, Petitioner is **ORDERED TO SHOW CAUSE**, within **thirty (30) days** of the date of this Order (by no later than **April 27, 2020),** why the Motion to Dismiss should not be granted.

Petitioner may discharge this Order by filing either an Opposition to the Motion to Dismiss or a Statement of Non-Opposition to the Motion to Dismiss which complies with the February 11, 2020 Order, **or** a statement setting forth why he is unable to do so. <u>A copy of the Court's February 11, 2020 Order is attached.</u> If Petitioner files an Opposition to the Motion to Dismiss, Petitioner **must** specifically address why there is a discrepancy between

the date on which the Petition and the Proof of Service by Mail were signed (March 20, 2019), and the date on the back of the envelope in which the Petition was mailed (January 3, 2020) and/or the date on which the Petition was filed (January 9, 2020).

Petitioner's failure to file an Opposition to the Motion to Dismiss or a Statement of Opposition to the Motion to Dismiss by **April 27, 2020** will be deemed consent to the granting of the Motion to Dismiss.  See Local Rule 7-12.

**Petitioner is expressly warned that the failure to timely file a response to this Order will result in an Order granting the Motion to Dismiss and denying the Petition and dismissing this action with prejudice.**

|  | 0 | : | 0 |
|---|---|---|---|
| Initials of Preparer | | AF | |