**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| JOVANY RODRIGO RANGEL, | Case No. CV 20-00251-AS |
| Petitioner, | **JUDGMENT** |
| v. | |
| W.L. MONTGOMERY, | |
| Respondent. | |

Pursuant to the Order Granting Motion to Dismiss,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: May 8, 2020

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE